**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 10, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00728-CV**

---

**IN RE BELL HELICOPTER SERVICES INC. AND BELL HELICOPTER TEXTRON INC., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court No. 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-0079882**

---

## MEMORANDUM OPINION

On October 2, 2024, relators Bell Helicopter Services Inc. and Bell Helicopter Textron Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition,

relators asks this court to compel the Honorable John Grady, presiding judge of the County Court No. 1 of Galveston County, to vacate the trial court's September 19, 2024 order denying relators' traditional and no-evidence motion for summary judgment.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.